[This opinion has been published in *Ohio Official Reports* at 78 Ohio St.3d 1207.]

FEICHTNER, ADMR., APPELLANT, *v.* OHIO DEPARTMENT OF TRANSPORTATION, APPELLEE.

[Cite as *Feichtner v. Ohio Dept. of Transp.*, 1997-Ohio-225.]

*Appeal dismissed as improvidently allowed.*

(No. 95-2279—Submitted March 5, 1997—Decided April 9, 1997.)

APPEAL from the Court of Appeals for Franklin County, No. 95API01-47.

————————

*Joseph L. Coticchia*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Velda K. Hofacker*, Assistant Attorney General, for appellee.

————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————